IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MADERAL,<br><br>            Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, LLC, et al.,<br><br>            Defendants. | No. C-15-5214 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

On October 26, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant Wells Fargo Bank, N.A. is hereby DIRECTED to submit forthwith a chambers copy of its Motion to Dismiss, filed November 18, 2015, and Request for Judicial Notice, filed November 18, 2015.

**IT IS SO ORDERED.**

Dated:  December 7, 2015

                                                MAXINE M. CHESNEY
                                                United States District Judge