1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH MADERAL,                          No. C-15-5214 MMC

12                  Plaintiff,                    **ORDER DISMISSING ACTION**

13        v.

14   WELLS FARGO HOME MORTGAGE, INC.,
     et al.,
15
                     Defendants.
16   _____/

17

18        By order filed December 29, 2015, the Court dismissed plaintiff Elizabeth Maderal's

19   complaint, with leave to amend no later than January 22, 2016.  Plaintiff has not filed an

20   amended complaint.

21        Accordingly, the above-titled action is hereby DISMISSED.

22        The Clerk of Court is directed to close the file.

23        **IT IS SO ORDERED.**

24

25   Dated:  January 25, 2016

26                                               MAXINE M. CHESNEY
                                                 United States District Judge
27

28

**United States District Court**

For the Northern District of California